ACCEPTED
03-14-00132-CV
3905373
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/26/2015 5:05:10 PM
JEFFREY D. KYLE
CLERK

## No. 03-14-00132-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/26/2015 5:05:10 PM
JEFFREY D. KYLE
Clerk

In The Court Of Appeals
For The Third Court Of Appeals District
Austin, Texas

**Donald L. and Andrea L. Knepp**
*Appellant,*

v.

**K.R.A.K. Investments**
*Appellee.*

ON APPEAL FROM THE COUNTY COURT AT LAW # 1, HAYS COUNTY, TEXAS TRIAL
COURT
CAUSE NO. 13-0777-C

## APPELLANT'S MOTION TO DISMISS APPEAL WITH PREJUDICE

E. JASON BILLICK, SBN: 24078230
WILLIAM B. GAMMON, SBN: 07611280
**GAMMON LAW OFFICE, PLLC.**
1201 Spyglass Drive, Suite 100
Austin, Texas 78746
Phone: 512-444-4529
Fax: 512-545-4279
Firm@GammonLawOffice.com
*Attorneys for Appellant*

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellants are Donald L. Knepp and Andrea L. Knepp.; Appellee is K.R.A.K. Investments. Appellant filed their Notice of Appeal to the Third Court of Appeals on May 6, 2014.

Appellants hereby moves the Court for an Order dismissing this appeal as the parties have come to an agreement that resolves all of the issues regarding this matter. The parties have conferred and this motion, along with the relief sought herein is unopposed.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this honorable court grant this motion and dismiss this appeal with prejudice.

Respectfully submitted,

By: /s/ E. Jason Billick
E. JASON BILLICK, SBN: 24078230
WILLIAM B. GAMMON, SBN: 07611280
**GAMMON LAW OFFICE, PLLC.**
1201 Spyglass Drive, Suite 100
Austin, Texas 78746
Phone: 512-444-4529
Fax: 512-545-4279
Firm@GammonLawOffice.com
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served by ProDoc e-service and facsimile on this 26th day of January, 2015 to the individuals listed below:

THOMAS W. ROBERTSON, SBN: 00797329
**BAKER & ROBERTSON**
P.O. Box 718
Drippings Springs, Texas 78620
Phone: 512-894-0890
Fax: 512-894-0346
rexbaker@bakerattorneys.com
Attorneys for K.R.A.K. Investments

By: */s/ E. Jason Billick*_____
    E. JASON BILLICK